IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

    Plaintiff,

v.

CIVIL ACTION NO.: CV610-014

S. JACKSON, Georgia State Prison
Office Manager, and D. KAPPES,
Georgia State Prison Library Manager,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that he did not file an Amended Complaint, but a Complaint and a Petition for Leave to File Pursuant to 28 U.S.C. § 1915(g) Exception With Alternative Reason. Plaintiff also contends that he showed he was in imminent danger of serious physical injury at the time he filed his Complaint, and the Magistrate Judge's conclusion to the contrary is an oversight or a show of prejudice.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is

AO 72A
(Rev. 8/82)

**DISMISSED**, without prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 28th day of April, 2010.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA