UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

Plaintiff,

v.            6:10-cv-14

S. JACKSON, Georgia State Prison office manager, and D. KAPPES, Georgia State Prison library manager,

Defendants.

## ORDER

Before the Court are Plaintiff Warren Skillern's "Continued Motion to Reopen," "Objection to Edenfield's Non-Judicial Act Which Subterfuged Right of Appeal," and "Motion for Another Judge to Rule on Motion for Leave to Appeal *In Forma Pauperis* (Doc. 12)". *See* Docs. 24, 26. Because Skillern is a serial filer under 28 U.S.C. § 1915(g) and could not show that he was under imminent danger of serious physical injury at the time of filing his Complaint, the Court denied him *in forma pauperis* ("IFP") status and dismissed the case. *See* Docs. 4 (Magistrate's Report and Recommendation ("R&R")), 9 (Order Adopting R&R). Skillern appealed, *see* Doc. 18, but his appeal was dismissed "for want of prosecution because the appellant Warren R. Skillern failed to pay the filing and docketing fees to the district court within the time fixed by the rules, effective June 10, 2010." *See* Doc. 20.

Skillern next moved this Court to reopen this case. *See* Doc. 22. He based his motion on the Magistrate's use of the past tense in a separate case he has pending before the Court. *See* Doc. 22 (objecting to language used in *Skillern v. Caston*, 6:10-cv-65). Skillern made his argument to reopen in the present tense, and objected to the Magistrate Judge's re-phrasing his argument in the past tense, as follows: "Plaintiff asserted that 'doctors prognosticate[d] that he would have another heart attack due to the stress the defendants' 'illicit conduct cause[d].'" 6:10-cv-65, Doc. 8 at 3 n.1. *See* Doc. 22. The Court denied Skillern's motion because the Magistrate Judge in this case used the present tense in quoting the above sentence. *See* Doc. 23 (citing Doc. 4 at 3).

Skillern now moves the Court to reopen this case again. *See* Doc. 24. He correctly points out that elsewhere in the Magistrate Judge's R&R verbs appear in the past tense. *See id.* (citing Doc. 4). This Court, however, adopted the R&R because Skillern is a serial filer who does not satisfy the single exception to 28 U.S.C. § 1915(g)'s bar to further civil action. *See* Doc. 9. No one's choice of verb tense affected this Court's Order. Skillern's Continued Motion to Reopen is ***DENIED***.

Skillern has also filed an "Objection to Edenfield's Non-Judicial Act Which Subterfuged Right of Appeal" and a "Motion for Another Judge to Rule on Motion for Leave to Appeal *In Forma Pauperis* (Doc. 12)." *See* Doc. 26. On May 10, 2010, Skillern filed a Motion for Leave to Appeal IFP. *See* Docs. 11, 12. This Court denied the motion because Skillern is a serial filer, but also treated it as a Notice of Appeal and forwarded Skillern's Motion to the Eleventh Circuit. *See* Docs. 13, 17; *see also McDaniel v. Harris*, 639 F.2d 1386,

1388 (5th Cir. 1981). The Eleventh Circuit dismissed Skillern's appeal for failure to pay filing fees. *See* Doc. 20. Skillern's Motion for Leave to Appeal IFP was not denied "on false pretenses" and was not a "fraud." *See* Doc. 26.

Therefore, Skillern's objections are noted, but his Motions are ***DENIED***.

This 5th day of January 2011.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA